```
                    UNITED STATES BANKRUPTCY COURT
                   FOR THE DISTRICT OF SOUTH CAROLINA

IN RE:                                    | CASE NO: 05-10053-W
DANIEL MAURICE FOWLER                     |
MARSHA DEAN W FOWLER                      | CHAPTER 13
2001 BAY VIEW DR                          |
                                          |
GREEN SEA SC 29545-4912                   |
------------------------------------------.
----------------------------------------------------------------------
   TRUSTEE'S OBJECTION TO EXEMPTIONS CLAIMED IN SCHEDULE C AND NOTICE
----------------------------------------------------------------------
```

   WILLIAM K. STEPHENSON, JR, TRUSTEE, herewith files the following objection to the exemptions claimed on Schedule C, on the grounds that the debtor is claiming (an) exemption(s) to which (s)he is not entitled.

WHEREFORE, the TRUSTEE requests that the exemptions claimed on Schedule C be disallowed in their entirety.

```
                                          /s/ William K. Stephenson, Jr.
Dated: October 11, 2005                   _____
                                          WILLIAM K. STEPHENSON, JR., TRUSTEE
----------------------------------------------------------------------
        NOTICE OF OBJECTION TO EXEMPTIONS CLAIMED ON SCHEDULE C
                     AND OPPORTUNITY FOR HEARING
```

   TAKE NOTICE that WILLIAM K. STEPHENSON, JR.,  filed an objection to the exemptions claimed on Schedule C. A copy of the objection and proposed order accompanies this notice.

   TAKE FURTHER NOTICE that any response, return and/or objection to the objection, should be filed with the Clerk of the Bankruptcy Court no  later  than twenty (20) days from service of the objection and a copy simultaneously served on all parties in interest.

   TAKE FURTHER NOTICE that no hearing will be held on this objection unless a response, return and/or objection is timely filed and served, in which case, the Court will  conduct  a hearing  on  Nov 17, 2005  , at  9:00 AM  , at: 1100 LAUREL STREET, COLUMBIA, SC 29201.


NO further notice of this hearing will be given.

```
                                          /s/ William K. Stephenson, Jr.
Dated: October 11, 2005                   _____
                                          CHAPTER 13 TRUSTEE'S OFFICE
                                          PO BOX 8477
                                          COLUMBIA, SC  29202

ATTORNEY FOR THE DEBTOR(s):               ADDRESS FOR COURT:
JOHN R CANTRELL JR ESQ                    UNITED STATES BANKRUPTCY COURT
PO BOX 1276                               1100 Laurel Street
GOOSE CREEK SC 29445-1276                 COLUMBIA, SC  29201
```

___

## CERTIFICATE OF SERVICE

   I did this date serve the Objection to Exemptions Claimed in Schedule C, by placing same in the United States mail with the proper postage affixed thereto and addressed as follows:

| | |
|---|---|
| MARSHA DEAN W FOWLER<br>DANIEL MAURICE FOWLER<br>2001 BAY VIEW DR<br><br>GREEN SEA SC 29545-4912 | JOHN R CANTRELL JR ESQ<br>PO BOX 1276<br>GOOSE CREEK SC 29445-1276 |

Dated: October 11, 2005

/s/ William K. Stephenson, Jr.
_____
CHAPTER 13 TRUSTEE'S OFFICE