U.S. BANKRUPTCY COURT
District of South Carolina

Case Number: 05-10053-hb

ORDER

The relief set forth on the following pages, for a total of 3 pages including this page, is hereby ORDERED.

_____

**FILED BY THE COURT**
**04/09/2008**



US Bankruptcy Court Judge
District of South Carolina

Entered: 04/10/2008

UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

IN RE: )
) CASE NO.: 05-10053-hb
DANIEL MAURICE FOWLER and ) CHAPTER 13
MARSHA DEAN FOWLER )
)
DEBTOR(S) ) **SETTLEMENT ORDER**
)

      This matter comes before the court pursuant to the motion of First Federal Savings & Loan of Charleston (hereinafter "Movant") which seeks relief from the automatic stay in this case. The Trustee did not file an Objection to the Motion. The parties have reached an agreement as to the Motion as set forth herein.

1. Debtors will bring the account current by April 18, 2008.

2. Movant will pay $275.00 to the Chapter 13 Trustee to reimburse for the cost of the Motion to Disable Public Access.

3. Debtors will withdraw their Motion for Sanctions and their Request for Production and Accounting.

4. Parties shall each be responsible for their own legal fees and costs, except as indicated herein. Movant shall not charge debtors account for any legal fees or costs incurred as a result of any default prior to the date of this settlement order and this provision regarding prior defaults shall survive discharge or dismissal of this case. Nothing in this paragraph shall restrict Movant's rights to seek legal fees and/or costs against debtors for any default that occurs after the date of this settlement order.

      NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the settlement terms as agreed to by the parties and outlined above are hereby GRANTED.

**AND IT IS SO ORDERED.**

I certify that this order contains a true and complete statement of the agreed upon terms of settlement between the parties.

| | |
|---|---|
| /s/ J. Ronald Jones, Jr. | 4/9/2008 |
| J. Ronald Jones, Jr. | Date |

U.S. District Court I.D. 5874
Kristen Nichols Voyer
U.S. District Court I.D. 9770
CLAWSON & STAUBES, LLC
126 Seven Farms Drive, Suite 200
Charleston, SC 29492-7595
Telephone: (843) 577-2026
Attorney for Movant

| | |
|---|---|
| /s/ John R. Cantrell, Jr. | 4/9/2008 |
| John R. Cantrell, Jr. | Date |

U.S. District Court I.D. 4951
CANTRELL LAW FIRM, PC
PO Box 1276
Goose Creek, SC 29445-1276
Telephone: (843) 797-2454
Attorney for Debtors