UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| In re: ) | |
| ) | Chapter 13 |
| Daniel Maurice Fowler and ) | Case No. 05-10053-hb |
| Marsha Dean W. Fowler, ) | |
| ) | |
| Debtor(s). ) | |
| _____ ) | |

**CHAPTER 13 TRUSTEE'S OBJECTION TO**
**FEES REQUESTED BY ATTORNEY FOR DEBTORS**

The Chapter 13 Trustee hereby objects to the attorney's fees requested by the Debtors' attorney as follows:

1. Trustee objects to payment of $200 in fees for filing a request for sanctions. Trustee believes the request was without merit and should not have been filed.

2. Trustee objects to payment of $975 in fees for defending a motion seeking relief from stay. Trustee believes that the questions involved were neither novel nor difficult; that no special skills were required; and that the amount sought exceeds the customary fee awarded in similar cases.

3. Trustee objects to payment of $100 in fees for amending the 2016(b) Disclosure and filing an amended proof of claim. Trustee believes that the questions involved were neither novel nor difficult; that no special skills were required; and that the amount sought exceeds the customary amount awarded in similar cases.

WHEREFORE, the Trustee prays that the Court look into the matters set forth herein and grant such relief as may be just and proper.

/s/Lydia A. Eloff
Lydia A. Eloff
District Court ID #2563
Attorney for William K. Stephenson, Jr.,
Chapter 13 Trustee
P.O. Box 8477
Columbia, SC 29202
(803) 771-0510

Dated: April 15, 2008.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 13 |
| Daniel Maurice Fowler and | ) | Case No. 05-10053-hb |
| Marsha Dean W. Fowler, | ) | |
| | ) | |
| Debtor(s). | ) | CERTIFICATE OF SERVICE |
| _____ | ) | |

I, Lydia A. Eloff, hereby certify that I am an employee of the Chapter 13 Trustee Office, and that a copy of the **CHAPTER 13 TRUSTEE'S OBJECTION TO FEES REQUESTED BY ATTORNEY FOR DEBTORS** was served upon the attorney for the Debtor(s) and the Debtor(s) in the above case, by placing copies of the same in the United States Postal Service mail, first class, postage prepaid, on this, the 15th day of April, 2008, at Columbia, South Carolina, addressed as follows:

Daniel Maurice Fowler
Marsha Dean W. Fowler
2001 Bay View Drive
Green Sea, SC  29545-4912

John R. Cantrell, Jr., Esquire
PO Box 1276
Goose Creek, SC  29445-1276

/s/Lydia A. Eloff
Lydia A. Eloff
District Court ID #2563
Attorney for William K. Stephenson, Jr.,
Chapter 13 Trustee
P.O. Box 8477
Columbia, SC 29202
(803) 771-0510