**United States Bankruptcy Court**
**District of South Carolina**

| | |
|---|---|
| **IN RE:** | Case No. **05-10053-HB** |
| **Fowler, Daniel Maurice & Fowler, Marsha Dean W** | Chapter **13** |
| Debtor(s) | |

## AMENDED DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ............................................................. $ **4,725.00**

   Prior to the filing of this statement I have received ............................................. $ **2,000.00**

   Balance Due ............................................................................................................ $ **2,725.00**

2. The source of the compensation paid to me was: ☑ Debtor ☐ Other (specify):

3. The source of compensation to be paid to me is: ☑ Debtor ☐ Other (specify):

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters~~;
   e. [Other provisions as needed]

   **Attorney Fee Breakdown:**
   $2,000.00 Base Fee for Filing Case
   $275.00    Motion to Disable Public Access 3-13-08
   $325.00    Motion for Sanctions against First Federal through 4-9-08
   $100.00    Amend 2016(b) statement & POC atty fees 3-27-08
   $50.00     Amend 2016(b) statement & POC atty fees 3-28-08
   $250.00    Request for production and motion to shorten notice
   $1,625.00  Defense of 1st Federal MFRS as of 4-9-08
   $100.00    Compute time and Amend 2016(b) and POC atty fees 5-7-08

6. By agreement with the debtor(s), the above disclosed fee does not include the following services:
   **Extra charges governed by standard Chapter 13 retainer agreement.**

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **May 7, 2008** | **/s/ John R Cantrell Jr** |
| Date | Signature of Attorney |
| | **Cantrell Law Firm PC** |
| | Name of Law Firm |

**AMENDED DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR**

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only